**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: G.V.K. | : | No. 320 MAL 2017 |
| | : | |
| | : | |
| PETITION OF: D.M.F. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.